IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 10-710-SU |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| ROBERT ANDY MILLAR, et al., ) | |
| ) | |
| Defendants. ) | |

Based on the record and plaintiff's motion to dismiss filed March 10, 2011,

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

Pending motions, if any, are DENIED AS MOOT.

Dated this _29_ day of _March_, 2011.

by _Malcolm F. Marsh_
MALCOLM F. MARSH
United States District Court Judge